SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NIAGARA
_____

ERIC P. ABRAMS; JUDITH ELAINE ABRAMS; NICOLE BARR; QUEENIE BLUE; TONYA (DYE) BROWN; LADD BUTKOWSKI; PAUL CARELLA, JR.; JOHNNY C. CARR; THOMAS LEE COOK; CHARMAINE CRYMES; SONYA L. DENNIS; CHAMEKA DEXTER; IDA B. ELDER; ALEX A. GEORGE; DARREN ROBERT GRAFF; WILLIAM D. GRAY; MICHAEL J. WARREN; AISHA CARR WHITESIDE-HANDS; MARY ELIZABETH WOLFISCH; MELVIN C. CUNNINGHAM; AUDREY DUBUC,

       Plaintiffs,

 -vs-

CITY OF NIAGARA FALLS; GLENN SPRINGS HOLDINGS, INC.; CONESTOGA-ROVERS & ASSOCIATES; CECOS INTERNATIONAL, INC.; MILLER SPRINGS REMEDIATION MANAGEMENT, INC.; OCCIDENTAL CHEMICAL CORPORATION, Individually and as Successor in Interest to Hooker Chemicals and Plastics Corporation; OP-TECH ENVIRONMENTAL SERVICES; ROY'S PLUMBING, INC.; SCOTT LAWN YARD, INC.; and SEVENSON ENVIRONMENTAL SERVICES, INC.,

       Defendants.
_____

**STATE COURT**
**NIAGARA COUNTY INDEX**

Index No.: E152334/2014

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 1. | PLTFS | Summons and Complaint | 2/14/2014 | 18 |

---

[1] Party abbreviations are:

| Party | Abbreviation |
|---|---|
| Plaintiffs | PLTFS |
| All Defendants | JTDEFTS |
| Filings on behalf of all Occidental Defendants | OCCDEFTS (OCC, GSH & MSRM) |
| City of Niagara Falls | CNF |
| Niagara Falls Water Board | NFWB |
| Glenn Springs Holdings, Inc. | GSH |
| Conestoga-Rovers & Associates | CRA |

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 2. | PLTFS | Affidavits of Service for Summons & Complaint | 6/20/2014 | 18 |
| 3. | OCCDEFTS | Notice of Appearance of Kevin Hogan | 2/26/2015 | 18 |
| 4. | GSH | Request for Judicial Intervention - Preliminary Injunction | 2/26/2015 | 18 |
| 5. | PLTFS | First Amended Complaint dated 2/14/2014 | 3/4/2015 | 18 |
| 6. | GSH | Notice of Motion for Preliminary Injunction | 3/4/2015 | 18 |
| 7. | GSH | Affidavit of Kevin M. Hogan in support of GSH's Motion for Preliminary Injunction | 3/4/2015 | 18 |
| 8. | GSH | Exhibit A - 11/27/2013 Order granted in *Abbo-Bradley* | 3/4/2015 | 18 |
| 9. | GSH | Exhibit B - Appellate Division Order in *Abbo-Bradley* dated 2/13/2015 | 3/4/2015 | 18 |
| 10. | GSH | Exhibit C - Complaint in *Eric P Abrams* dated 2/14/2014 | 3/4/2015 | 18 |
| 11. | GSH | Exhibit D - Second Amended Complaint in *Abbo-Bradley* dated 1/14/2014 | 3/4/2015 | 18 |
| 12. | PLTFS | Affirmation of William H. Mack, Esq. in Opposition to GSH's Motion for Preliminary Injunction | 6/17/2015 | 18 |
| 13. | PLTFS | Exhibits to Mack Affirmation A-F: | 6/17/2015 | 18 |
| 14. | PLTFS | Proof of Service of Affirmation of W. H. Mack in opposition to GSH's Motion for Preliminary Injunction | 6/17/2015 | 18 |
| 15. | OCCDEFTS | Reply Affidavit of K M. Hogan, Esq. in further support of GSH's Motion for Preliminary Injunction | 6/22/2015 | 18 |
| 16. | OCCDEFTS | Ex. E - Proposed Remitter Order | 6/22/2015 | 18 |
| 17. | OCCDEFTS | Ex. F - List of Captions and Index Numbers | 6/22/2015 | 18 |

---

Cecos International, Inc.                          CECOS
Miller Springs Remediation Management, Inc.        MSRM
Occidental Chemical Corporation                    OCC
Op-Tech Environmental Services                     OP-TECH
Roy's Plumbing, Inc.                               ROY'S
Scott Lawn Yard, Inc.                              SLY
Sevenson Environmental Services, Inc.              SEVENSON

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 18. | OCCDEFTS | Ex. G - Maps | 6/22/2015 | 18 |
| 19. | OCCDEFTS | Ex. H - Affidavit of Frank Beodray dated 1/31/2013 | 6/22/2015 | 18 |
| 20. | OCCDEFTS | Ex. I - Decision of Judge Curtin in *Abbo-Bradley* dated 7/18/2013 | 6/22/2015 | 18 |
| 21. | OCCDEFTS | Ex. J - Plaintiffs'-Appellants Reply Brief in *Abbo-Bradley* dated 8/7/2014 | 6/22/2015 | 18 |
| 22. | OCCDEFTS | Ex. K - Comparison Order | 6/22/2015 | 18 |
| 23. | COURT | Decision and Order on Motion for Preliminary Injunction in *Eric C Abrams* | 7/7/2015 | 18 |
| 24. | PLTFS | Notice of Appeal of Order granting Preliminary Injunction | 8/3/2015 | 18 |
| 25. | PLTFS | Ex. A to Notice of Appeal - Notice of Entry with Order | 8/3/2015 | 18 |
| 26. | COURT | Stipulated Order Conforming Pleadings and Correcting Caption | 7/6/2016 | 18 |
| 27. | NFWB CECOS PLTFS | Stipulation regarding Motions to Dismiss in Lieu of an Answer | 7/11/2016 | 18 |
| 28. | OCCDEFTS | Notice of Entry of Stipulated Order Conforming the Pleadings in this Lawsuit to Related Litigation | 7/13/2016 | 18 |
| 29. | PLTFS | Notice of Discontinuance as to Tonya (Dye) Brown, et al. | 7/14/2016 | 18 |
| 30. | GSH | Answer to Amended Complaint | 7/15/2016 | 18 |
| 31. | MSRM | Answer to Amended Complaint | 7/15/2016 | 18 |
| 32. | OCC | Answer to Amended Complaint | 7/15/2016 | 18 |
| 33. | OCCDEFTS | Notice of Motion to Dismiss only as to Dorothy Brown, et al. | 7/15/2016 | 18 |
| 34. | OCCDEFTS | Memorandum of Law in Support of Motion to Dismiss Dorothy Brown, et al. | 7/15/2016 | 18 |
| 35. | SEVENSON | Answer to First Amended Complaint with Affirmative Defenses and Cross-Claim | 7/15/2016 | 18 |
| 36. | CRA | Answer to First Amended Complaint with Defenses | 7/15/2016 | 18 |
| 37. | SLY | Answer to First Amended Complaint with Cross-Claim | 7/15/2016 | 18 |
| 38. | OP-TECH | Answer to First Amended Complaint with Cross-Claim | 7/15/2016 | 18 |
| 39. | OP-TECH | Notice of Deposition Upon Oral Examination | 7/15/2016 | 18 |
| 40. | ROY'S | Answer to First Amended Complaint | 7/18/2016 | 18 |

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 41. | SEVENSON | Affidavit of Service with Service Rider and Caption Rider | 7/22/2016 | 18 |
| 42. | CECOS | Notice of Motion for order admitting attorneys W. Beck and R. Eggert *Pro Hac Vice* | 8/18/2016 | 18 |
| 43. | CECOS | Affirmation of Nelson Perel in support of Motion to Admit William G. Beck and Russell R. Eggert *Pro Hac Vice* | 8/18/2016 | 18 |
| 44. | CECOS | Exhibit A to Perel Affirmation: Affidavit of Admittee WG Beck for admission *Pro Hac Vice* dated 9/19/2013 | 8/18/2016 | 18 |
| 45. | CECOS | Exhibit B to Perel Affirmation: Affidavit of Admittee RR Eggert for admission *Pro Hac Vice* dated 9/9/2013 | 8/18/2016 | 18 |
| 46. | CECOS | Exhibit C - Proposed order admitting WG Beck and RR Eggert for the purpose of this litigation | 8/18/2016 | 18 |
| 47. | COURT | Order admitting WG Beck and RR Eggert *Pro Hac Vice* | 9/8/2016 | 18 |
| 48. | COURT | Stipulation and Order of Discontinuance granting only as to Dorothy Brown, et al. | 11/28/2016 | 18 |
| 49. | OCCDEFTS | Notice of Entry with Stipulation and Order of Discontinuance as to Dorothy Brown, et al. | 11/28/2016 | 18 |
| 50. | COURT | Order - Granting Dismissal of all Plaintiffs' Complaints in their entirety and with prejudice as against the Niagara Falls Water Board | 3/24/2017 | 18 |
| 51. | | Deleted | | |
| 52. | | Deleted | | |
| 53. | | Deleted | | |
| 54. | ALL PARTIES | Stipulation and Order of Discontinuance (proposed) as to Bietz | 5/31/2017 | 19 |
| 55. | COURT | Stipulation and Order of Discontinuance granted as to Bietz | 6/20/2017 | 19 |
| 56. | OCCDEFTS | Notice of Entry regarding Stipulation and Order of Discontinuance only as to Bietz | 6/22/2017 | 19 |
| 57. | CECOS | Notice of Appearance of Robert M. Rosenthal | 1/12/2018 | 19 |

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 58. | CECOS | Answer, Defenses and Cross-Claims to Plaintiffs' Complaint | 1/16/2018 | 19 |
| 59. | ALL PARTIES | Stipulation and Order of Discontinuance (proposed) only as to Beasock, et al. | 2/19/2018 | 19 |
| 60. | COURT | Stipulation and Order of Discontinuance granted only as to Beasock, et al. | 3/9/2018 | 19 |
| 61. | OCCDEFTS | Notice of Entry of Stipulation and Order of Discontinuance only as to Beasock, et al. | 3/12/2018 | 19 |
| 62. | PLTFS | Notice of Motion of Charles S. Siegel for Admission *Pro Hac Vice* in this litigation | 4/16/2018 | 19 |
| 63. | PLTFS | Affirmation of W.H. Mack in support of C.S. Siegel's Motion to be admitted *Pro Hac Vice* with exhibits A and B | 4/16/2018 | 19 |
| 64. | PLTFS | Order (proposed) admitting C.S. Siegel *Pro Hac Vice* | 4/16/2018 | 19 |
| 65. | PLTFS | Notice of Motion of Peter A. Kraus for Admission *Pro Hac Vice* in this litigation | 4/16/2018 | 19 |
| 66. | PLTFS | Affirmation of W.H. Mack in support of P. A. Kraus's Motion to be admitted *Pro Hac Vice* with exhibits A-E | 4/16/2018 | 19 |
| 67. | PLTFS | Order (proposed) admitting P.A. Kraus *Pro Hac Vice* | 4/16/2018 | 19 |
| 68. | PLTFS | Notice of Motion of Caitlyn E. Silhan for Admission *Pro Hac Vice* in this litigation | 4/16/2018 | 19 |
| 69. | PLTFS | Affirmation of W.H. Mack in support of Caitlyn E. Silhan's Motion to be admitted *Pro Hac Vice* with exhibits A-C | 4/16/2018 | 19 |
| 70. | PLTFS | Order (proposed) admitting C.E. Silhan *Pro Hac Vice* | 4/16/2018 | 19 |
| 71. | PLTFS | Notice of Motion of Leslie C. MacLean for Admission *Pro Hac Vice* in this litigation | 4/16/2018 | 19 |
| 72. | PLTFS | Affirmation of W.H. Mack in support of L.C. MacLean's Motion to be admitted *Pro Hac Vice* with exhibits A-B | 4/16/2018 | 19 |

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 73. | PLTFS | Order (proposed) admitting LC MacLean *Pro Hac Vice* | 4/16/2018 | 19 |
| 74. | ALL PARTIES | Stipulation and Order of Discontinuance (proposed) only as to Barnes, et al. | 4/27/2018 | 19 |
| 75. | COURT | Order granting Charles S. Siegel *Pro Hac Vice* | 5/23/2018 | 19 |
| 76. | COURT | Order granting Peter A. Kraus *Pro Hac Vice* | 5/23/2018 | 19 |
| 77. | COURT | Order granting Caitlyn E. Silhan *Pro Hac Vice* | 5/23/2018 | 19 |
| 78. | COURT | Order granting Leslie C. MacLean *Pro Hac Vice* | 5/23/2018 | 19 |
| 79. | COURT | Stipulation and Order of Discontinuance granted only as to Barnes, et al. | 5/24/2018 | 19 |
| 80. | OCCDEFTS | Notice of Entry re Stipulation and Order of Discontinuance only as to Barnes, et al. | 5/25/2018 | 19 |
| 81. | ALL PARTIES | Stipulation and Order of Discontinuance (proposed) Only as to Ramon Abrams, et al. | 11/9/2018 | 19 |
| 82. | PLTFS | Letter to Judge Kloch advising of the withdrawal of William H. Mack, Esq. of Counsel | 7/17/2019 | 19 |
| 83. | CECOS | Notice of Withdrawal of Counsel and Appearance of New Attorney from Same Firm: Steven C. Russo substituted for Robert Rosenthal | 9/16/2019 | 19 |
| 84. | COURT | Case Scheduling Order | 12/2/2019 | 19 |
| 85. | PLTFS | Stipulation to Amend Complaints | 1/6/2020 | 19 |
| 86. | PLTFS | Exhibit A - Second Amended Complaint (Final Version) | 1/6/2020 | 19 |
| 87. | PLTFS | Exhibit B - Second Amended Complaint (Redline Version) | 1/6/2020 | 19 |
| 88. | PLTFS | Second Amended Complaint | 1/6/2020 | 19 |

Doc #4527298.3